IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

ANDRE MAURICE JACKSON,       )
                             )
         Plaintiff,          )
                             )
    v.                       )        CV 112-197
                             )
MARC RICHARDS, Taliaferro, GA )
Sheriff, et al.,             )
                             )
         Defendants.         )

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon

which relief can be granted, and this civil action is **CLOSED**.

SO ORDERED this 19th day of April, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA